UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT THOMAS CAVALIER,

    Plaintiff,

v.

A. ARANDA, et al.,

    Defendants.

Case No. 24-cv-03748-TSH

**ORDER OF TRANSFER**

Plaintiff, an inmate housed at Substance Abuse Treatment Facility in Corcoran, California, has filed a *pro se* action against prison officials at Richard J. Donovan Correctional Facility ("RJD") in San Diego, California, regarding events that occurred while he was housed at RJD. Dkt. No. 1. Venue generally is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred; or (3) any defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b). The named defendants likely reside in San Diego County, where RJD is located. The events or omissions giving rise to Plaintiff's claim(s) occurred in San Diego County, where RJD is located. San Diego County lies within the venue of the Southern District of California. *See* 28 U.S.C. § 84(d). Venue therefore properly lies in the Southern District of California. *See id.* § 1391(b).

//

//

//

//

1   Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2   § 1406(a), this action be TRANSFERRED to the United States District Court for the Southern
3   District of California.  The Clerk is directed to close the case.
4   **IT IS SO ORDERED.**

6   Dated:   July 19, 2024

_____
THOMAS S. HIXSON
United States Magistrate Judge